```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No.06-4332 PAM/JSM
```

RAMZI KHALFA, et al.,            )
                                 )
            Plaintiffs,          )
                                 )     **ORDER OF DISMISSAL**
        v.                       )     **WITH PREJUDICE**
                                 )
DENISE FRAZIER, et al.           )
                                 )
            Defendants.          )

Pursuant to the Stipulation to Dismiss with Prejudice as to Khalfa, Mohamed, Letica, S. Wadi, Bibas, and Al Sahab, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petitions of Petitioners Ramzi Khalfa, Mohamed Abdi Mohamed, Haris Letica, Mohamed Ahmed Bibas, Saeda Sulliman Wadi, and Mohammed Al Sahab are hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

Date: April 10, 2007              s/Paul A. Magnuson
                                  Paul A. Magnuson
                                  Senior District Judge
                                  U.S. District Court