UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.06-4332 PAM/JSM

| | | |
|---|---|---|
| RAMZI KHALFA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| v. | ) | **AS TO MAJDI WADI** |
| | ) | |
| DENISE FRAZIER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation to Dismiss without Prejudice as to Majdi Wadi which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition of Petitioner Majdi Mahmoud Wadi is hereby dismissed without prejudice, each party to bear its own attorney's fees, costs, and disbursements.


Date: April 10, 2007          s/Paul A. Magnuson
                              Paul A. Magnuson
                              Senior District Judge
                              U.S. District Court