UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Abdelrahman Saad Mohamed Aly, | Civil No. 06-4332 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| Denise Frazier, District Director of United States Citizenship and Immigration Services; and Robert Mueller, Director of the Federal Bureau of Investigation, | |
| Defendants. | |

On July 10, 2007, Plaintiff Abdelrahman Saad Mohamed Aly and Defendants Denise Frazier and Robert Mueller jointly filed a Stipulation of Dismissal with Prejudice (Docket No. 35). Based on the Stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1),

**IT IS HEREBY ORDERED** that:

1. The claims asserted by Plaintiff Aly are **DISMISSED with prejudice**; and

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 12, 2007

                                                  s/Paul A. Magnuson
                                                  Paul A. Magnuson
                                                  United States District Court Judge